**FILED**

MAR 0 6 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANTHONY D. JONES,

        Plaintiff,

v.

GEORGE BUSH, ET AL.,

        Defendants.
_____/

Case Number: 2:06-CV-10464

HON. LAWRENCE P. ZATKOFF

## ORDER OF TRANSFER

Plaintiff Anthony D. Jones has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, alleging that he is under imminent danger of serious physical injury at the institution where he is presently incarcerated.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); Al-Muhaymin v. Jones, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place and continue to take place at the Chippewa Correctional Facility in Kincheloe, Michigan. Kincheloe, Michigan is located in Chippewa County, which is in the Western District of Michigan, Northern Division. *See* 28 U.S.C. § 102(b). The defendants are located in Washington, D.C. Therefore, venue is not appropriate in this district. The Court, therefore, will transfer the matter to the district where the claim arose, the Western District of Michigan, Northern Division.

Accordingly, in the interests of justice, the Court exercises its discretion and transfers Plaintiff's case to the United States District Court for the Western District of Michigan, Northern

Division. The Court **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan, Northern Division.

_____
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

DATE: **MAR 06 2006**